```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 00052
   SANTIAGO X ESPINOZA
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6979

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/03/2007 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was completed - no discharge 08/29/2007.
--------------------------------------------------------------------------
                                                         INTEREST      PRINCIPAL
CREDITOR NAME             CLASS         CLAIM AMOUNT       PAID          PAID
--------------------------------------------------------------------------
POPULAR MORTGAGE SERVICI CURRENT MORTG        .00            .00           .00
POPULAR MORTGAGE SERVICI MORTGAGE ARRE        .00            .00           .00
CFS DEFICIENCY RECOVERY  SECURED NOT I        .00            .00           .00
CFS DEFICIENCY RECOVERY  UNSECURED     NOT FILED             .00           .00
PIERCE & ASSOC           NOTICE ONLY   NOT FILED             .00           .00
AFNI INC                 UNSECURED     NOT FILED             .00           .00
AMERICAN GENERAL FINANCE FILED LATE           .00            .00           .00
VILLAGE OF ELMWOOD PARK  UNSECURED     NOT FILED             .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      1,938.50                      1,938.50
TOM VAUGHN               TRUSTEE                                          128.13
DEBTOR REFUND            REFUND                                         2,255.31

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               4,321.94

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             1,938.50
TRUSTEE COMPENSATION                         128.13
DEBTOR REFUND                              2,255.31
                      ---------------     ---------------
TOTALS                4,321.94             4,321.94




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00052 SANTIAGO X ESPINOZA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/12/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |